**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Fitzgerald HARRIS,**
**Defendant–Appellant.**

No. 08–10367.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Randall M. Howe, Esquire, Assistant U.S., USPX-Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Anders V. Rosenquist, Jr., Esquire, Rosenquist & Associates, Phoenix, AZ, for Defendant-Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

John Fitzgerald Harris appeals from the district court's denial of his motion to re-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

duce his sentence under 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Harris contends the district court erred by denying his § 3582(c)(2) motion because his sentence was based on a range that has been lowered by Amendment 706 to the United States Sentencing Guidelines. The district court lacked authority to reduce Harris' below-guidelines sentence because the record demonstrates that Harris' sentence was not based on the Guidelines. *See United States v. Bride,* 581 F.3d 888, 891 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.